**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ALISON FISHBURN,

     Plaintiff,

V.

ARSTRAT, LLC,

     Defendant.

CASE NO. 4:22-cv-1092

**ARSTRAT, LLC'S CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. Pro. 7.1, Defendant ARstrat, LLC hereby submits the following nongovernmental corporate disclosure statement:

ARstrat, LLC is a Nevada limited liability company. Its parent company is Chasware Group Holdings, LLC. ARstrat, LLC is not publicly traded, and no publicly held corporation owns any portion of its stock.

Pursuant to the Court's April 8, 2022 Order, ARstrat, LLC submits the following names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1.  Alison Fishburn, Plaintiff

2.  Taxiarchis Hatzidimitriadis, Consumer Law Partners, LLC, Attorney for Plaintiff

3.  ARstrat, LLC, Defendant

4.  Barron & Newburger, P.C., Attorneys for Defendant

5.  Chasware Group Holdings, LLC, Defendant's parent company

6.  GetixHealth Holding Corporation, the parent company of Chasware Group Holdings, LLC

Dated this 3rd day of June, 2022.

                                   Respectfully submitted,

/s/   *Liara A. Silva*
      Liara A. Silva
      Attorney-In-Charge
      TX Bar No. 24117923
      Southern District of Texas No. 3642868
      BARRON & NEWBURGER, P.C.
      7320 N. MoPac Expy., Suite 400
      Austin, Texas 78731
      Telephone: (512) 649-3142
      Fax: (512) 279-0310
      lsilva@bn-lawyers.com

      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of June, 2022, a true and correct copy of the foregoing

*ARstrat, LLC's Corporate Disclosure Statement and Certificate of Interested Persons* was served

via the Court's ECF System and/or e-mail on counsel for Plaintiff as follows:

Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, Illinois 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com
*Counsel for Plaintiff, Alison Fishburn*


/s/    *Liara A. Silva*
        Liara A. Silva